PROB 12C
(6/16)

Report Date: April 14, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody David Paine                Case Number: 0980 2:23CR00062-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Kettle Falls, Washington 99141

Name of Sentnecing Judicial Officer: The Honorable Brian M. Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 12, 2018

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 2 | |
| Original Sentence: | Prison - 90 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 22, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 21, 2028 |

### PETITIONING THE COURT

To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Paine is in violation of his conditions of supervised release by being arrested for driving under the influence on or around April 4, 2025. |
| | An officer with the Colville Police Department emailed the undersigned officer advising that Mr. Paine was arrested for driving under the influence (DUI) on April 4, 2025, case number 5A0282260. The police report has been requested, but not yet received. Mr. Paine was eventually released with a court date of April 7, 2025. |
| | Mr. Paine also contacted the undersigned officer and reported his arrest for DUI. He admitted consuming alcoholic beverages prior to driving his vehicle. |
| 2 | **Special Condition #4**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. |
| | **Supporting Evidence**: It is alleged Mr. Paine is in violation of his conditions of supervised release by consuming alcohol on or around April 4, 2025. |

Prob12C
Re: Paine, Cody David
April 14, 2025
Page 2

As noted in violation number 1, Mr. Paine was arrested for DUI. Mr. Paine admitted to the undersigned officer that he consumed approximately six margaritas at a Mexican restaurant just prior to his arrest.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 14, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

April 14, 2025

Date