PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody David Paine                    Case Number: 0980 2:23CR00062-MKD-1

Address of Offender: ███████████████, Kettle Falls, Washington 99141

Name of Sentnecing Judicial Officer: The Honorable Brian M. Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 12, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 2 |
| Original Sentence: | Prison - 90 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks |
| | Date Supervision Commenced: May 22, 2023 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: May 21, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 14, 2025

On May 22, 2023, the undersigned officer reviewed Mr. Paine's conditions of supervision. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. |
| | **Supporting Evidence**: It is alleged Mr. Paine is in violation of his conditions of supervised release by consuming alcohol on or around April 18, 2025. |
| | On April 18, 2025, Mr. Paine provided a urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT), as part of his required drug and alcohol assessment. The laboratory confirmed a positive test for alcohol. |

Prob12C
**Re: Paine, Cody David**
**April 30, 2025**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/30/2025

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

May 1, 2025

Date